# Exhibit 3



US Lyft Help / **Deactivations**

# Deactivations

If your account is permanently deactivated, you can appeal the deactivation by going through the deactivation appeal process.

You can appeal your account deactivation if:

- Your account has been permanently deactivated.

- You haven't already requested an appeal for the same permanent deactivation.

**Skip to:**

- Why do deactivations occur?

- Deactivation process

- Appeals process

## Why do deactivations occur?

The reasons why your account may be deactivated can include:

- Missing driver documents

- Background or DMV check issues

- Safety concerns

- Low ratings

- Vehicle issues or  vehicle doesn't meet age requirements

- Fraud, such as engaging in payment fraud and/or scams, account sharing, or duplicate accounts

Back to top

## Deactivation process:

If your account is deactivated, you won't be able to give rides on the Lyft app. The steps of account deactivation are:

1. Your Lyft Driver account is flagged by a user or Lyft.

2. The account is temporarily put on hold during review or until you're able to remediate the issue.

3. In some situations, such as expired documents, you can complete remediation steps through the app.

4. During agent review, both riders and drivers can submit audio or video recordings, photos, police reports, and any other important information. You can request a phone call with the agent conducting the investigation.

5. We let you know the final decision, either that you can continue driving or that your account has been permanently deactivated.

**Note:** Lyft actively reviews for suspicious or fraudulent rider reporting.

Back to top

## Appeals process:

In the Lyft Driver app, there's a button for you to appeal deactivation decisions.

The button takes you to a channel where you can provide any new or updated information. You also get direct access to a support team dedicated to deactivation appeals.

When you receive notice of a permanent deactivation:

1. You can request a review of the decision.

2. You can provide new evidence or information, so Lyft's Safety team can conduct their review.

3. Your account may be reactivated if there's new evidence or information that would change the original decision.

4. We'll keep the account deactivated if we uphold the decision.

5. You'll be told the final decision.

For more information on how to appeal a deactivation, visit this article

Back to top

---

# Still need help?

Contact Us

**DRIVER** ⌄

---

**RIDER** ⌄

---

**LYFT** ⌄

---

Lyft driver app

Lyft rider app

🌐 English ⌄

📍 United States ⌄

---



Terms    Privacy    Your Privacy Choices    © 2026 Lyft, Inc.    CPUC ID No. TCP0032513-P