UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYFT, INC.,

     *Plaintiff*,

   v.

THE CITY OF NEW YORK,

     *Defendant*.

Case No. 1:26-cv-04931

**NOTICE OF MOTION**
**FOR PRELIMINARY INJUNCTION**

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated June 10, 2026; the Declaration of Luke Castleman, dated June 10, 2026, and the exhibits attached thereto; the Declaration of Alexander C. Drylewski, dated June 10, 2026, and the exhibits attached thereto; and upon all prior papers and proceedings herein, Plaintiff Lyft, Inc., through its undersigned counsel, will and hereby does respectfully move this Court, at a time and date to be determined by the Court, for (1) an order for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, to preserve the status quo by enjoining Defendant from enforcing Local Law 52 of New York City of 2026 pending this Court's resolution of the merits of Plaintiff's underlying claims, and (2) such other relief as this Court deems just and proper.

Dated: New York, New York
      June 10, 2026

*/s/ Alexander C. Drylewski*
Alexander C. Drylewski
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Alexander.Drylewski@skadden.com
Jacob.Lefkowitz@skadden.com

*Counsel for Plaintiff Lyft, Inc.*
