IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

<u>Full Caption of Later Filed Case:</u>

Lyft, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-04931 |
| The City of New York | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

Uber Technologies, Inc. and Uber USA,
LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-04893-GHW |
| The City of New York | |
| Defendant | |

IH-32                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open          (If so, set forth procedural status and summarize any court rulings.)

Complaint and motion for preliminary injunction filed on June 9, 2026.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Uber and Lyft both bring constitutional challenges to Local Law 52 of 2026 seeking declaratory and injunctive relief.  Both complaints allege that that Local Law 52 of 2026 violates the Contract Clause of the United States Constitution; the Due Process Clause of Section 1 of the Fourteenth Amendment to the United States Constitution and Article I, Section 6 of the New York Constitution; the First Amendment of the United States Constitution and Article I, Section 8 of the New York Constitution; and the Due Process Clause of the United States Constitution and Article I, Section 11 of the New York Constitution.  There are common issues of law and fact between both actions.

Signature:  /s/ Alexander C. Drylewski          Date: 6/10/2026

Skadden, Arps, Slate, Meagher & Flom LLP

Firm:  _____