**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LYFT, INC.**

CIVIL ACTION NO.: 1:26-CV-04931

*Plaintiff*

**vs**

**THE CITY OF NEW YORK**

*Defendant*

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **6/11/2026** at **4:22 PM** at **100 Church Street, New York, NY 10007**

undersigned served a(n) **Summons in a Civil Action and Complaint Exhibits 1-20 for Declaratory and Injunctive Relief Jury Trial Demanded, Rule 7.1 Corporate Disclosure Statement for Plaintiff Lyft, Inc., Notice of Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, Declaration of Alexander C. Drylewski in Support of Plaintiff's Motion for Preliminary Injunction with Exhibits 1-9, Declaration of Luke Castleman in Support of Plaintiff's Motion for a Preliminary Injunction with Exhibits A-G, [Proposed] Order, Notice of Appearance, Related Case Statement, Civil Cover Sheet**

on **The City of New York, Corporation Counsel, New York City Law Department**

by delivering thereat a true copy of each to **Ariton Marke** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race:  White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other : Glasses Mustache Beard

I affirm on 06/12/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Di Cong Jiang
License No.1220800-DCA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of New York ☑

| | |
|---|---|
| Lyft, Inc. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:26-cv-04931 |
| The City of New York ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **The City of New York**
**Corporation Counsel, New York City Law Department**
**100 Church Street**
**New York, NY 10007**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    06/11/2026

*Tammi M. Hellwig*

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*