**By ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Uber Technologies, Inc., et al., v. City of New York,* Case No. 1:26-cv-04893-GHW;
       *Lyft, Inc. v. City of New York*, Case No. 1:26-cv-04931-GHW

Your Honor:

Plaintiffs in the two above-captioned related actions, Uber Technologies, Inc. and Uber USA, LLC (together "Uber") and Lyft, Inc. ("Lyft," and collectively with Uber, "Plaintiffs") and the Defendant City of New York ("Defendant") jointly write to submit for the Court's consideration and approval (1) an agreed-to proposed modification of the briefing schedule and word limits with respect to upcoming briefing deadlines on Plaintiffs' respective motions for preliminary injunctive relief; (2) a hearing date for oral argument on the respective motions for preliminary injunctive relief; and (3) an adjournment of Defendant's time to respond to Plaintiffs' respective complaints pending resolution of the preliminary injunction motions. This letter is being filed concurrently on the docket of both related actions.

The municipal statute at issue in these lawsuits and the pending preliminary injunction motions, Local Law 52, is set to take effect on July 28, 2026. Accordingly, Uber and Lyft brought their respective motions for preliminary injunctive relief 40 days before that date, so as to allow sufficient time for the motions to be briefed and heard before the law takes effect.

**Briefing and Argument Schedule for the Preliminary Injunction Motions.** Defendant's current deadline to respond to the motions for preliminary injunctive relief is June 25, 2026. Defendant has requested an eight-day extension of that deadline until July 3, 2026. Plaintiffs are prepared to consent to the requested extension, so long as the extension will permit the Court to review the briefing, hold oral argument and provide relief before Local Law 52 takes effect on July 28, 2026.

Accordingly, the Parties jointly request that the Court adopt the below briefing and oral argument schedule for Plaintiffs' motions for a preliminary injunction:

- Defendant's opposition: Friday, July 3, 2026
- Plaintiffs' replies: Friday, July 10, 2026

- Oral argument: Thursday, July 16, 2026 (or, if the Court is not available on that date, July 23)

Plaintiffs have proposed this briefing and oral argument schedule in the hopes that the Court will be able to provide relief in connection with their preliminary injunction motions before Local Law 52 takes effect on July 28, 2026.

**Word Limits for Opposition and Reply.** Defendant also requests that the Court permit Defendant to file a single opposition covering the two pending preliminary injunction motions in the related actions, and that the Court double the word limit (*i.e.*, 17,500 words instead of 8,750 words) for that single opposition.  Plaintiffs do not oppose Defendant's request. If Defendant's request is granted, Plaintiffs request, and Defendant does not oppose, a 50% enlargement of the word limit for Plaintiffs' respective reply briefs (*i.e.*, 5,250 words instead of 3,500 words).

**Deadline to Respond to the Complaint.** Finally, Defendant also requests that the Court hold in abeyance the deadline for Defendant to respond to Plaintiffs' complaints pending the Court's ruling on Plaintiffs' motions for temporary injunctive relief.  Plaintiffs consent to that deadline being held in abeyance, with the Parties to meet and confer and submit a scheduling proposal for responsive pleadings within seven days after the Court issues its ruling on the motions for preliminary injunctions.

\* \* \*

The Parties thank the Court for its consideration of these matters, and have submitted herewith an attached proposed order reflecting the consented-to proposals outlined above.

Respectfully submitted,

*/s/ Martha L. Goodman*
Martha L. Goodman
*Counsel for Uber*

*/s/ Alexander C. Drylewksi*
Alexander C. Drylewski
*Counsel for Lyft*

*/s/ Jessica Katzen*
Jessica Katzen
*Counsel for the City of New York*

cc: Counsel of Record (via ECF)

2